

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00063-CV

_____


HOPKINS COUNTY HOSPITAL DISTRICT D/B/A
HOPKINS COUNTY MEMORIAL HOSPITAL, Appellant

V.

LINIE RAY, Appellee


On Appeal from the 62nd Judicial District Court
Hopkins County, Texas
Trial Court No. CV38237


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM   OPINION

Appellant, Hopkins County Hospital District, d/b/a Hopkins County Memorial Hospital, has filed with this Court an agreed motion to dismiss the pending appeal in this matter.   Appellant represents to this Court that the parties have reached a full and final settlement.   In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:      August 31, 2010
Date Decided:        September 1, 2010

2